**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**
100 State Street
Rochester, NY 14614
www.nywb.uscourts.gov

In Re:                                                      Case No.: 2–06–21052–JCN

Chrystal Rodwell           SSN/TaxID: xxx–xx–9392   Chapter: 13

Debtor(s)

# NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of an Order, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on March 1, 2007 . The undersigned deputy clerk of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code, The Federal Rules of Bankruptcy Procedure.

Dated: March 1, 2007                                        Paul R. Warren
                                                                Clerk, U.S. Bankruptcy Court

                                                            By:   C. Capogreco
                                                                           Deputy Clerk

                                                                                                 **Form ntcentry**
                                                                                                             Doc 57